■ In the Matter of EREZ FASHIONS, INC., Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent.—Petition and cross petition pursuant to section 298 of the Executive Law and CPLR article 78, seeking to annul and set aside the respondent's order and to confirm said order, respectively, transferred to this court by order of the Supreme Court, New York County, entered on March 13, 1986, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Smith, JJ.

■ MAURICE KESSLER, Petitioner, v FREDERIC S. BERMAN, Respondent.—Application for a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements, and the stay heretofore granted by this court vacated. No opinion. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.

■ BIRNBAUM v BIRNBAUM.—Motion granted only to extent of clarifying this court's order entered on April 26, 1988 (139 AD2d 462) so as to permit all parties to appeal to Court of Appeals, as indicated, and otherwise denied. Concur—Kupferman, J. P., Sullivan, Ellerin and Smith, JJ.